**UNITED STATES of America, Appellant,**

v.

**K. O. LEE COMPANY, Inc., a Corporation.**

No. 15841.

United States Court of Appeals
Eighth Circuit.

Aug. 21, 1957.

Clinton G. Richards, U. S. Atty., and K. J. Morgan, Asst. U. S. Atty., Sioux Falls, S. D., for appellant.

Douglas W. Bantz, Aberdeen, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

**V. W. LILLARD, d/b/a Cape Girardeau Television Company, Petitioner,**

v.

**UNITED STATES of America and Federal Communications Commission.**

No. 15766.

United States Court of Appeals
Eighth Circuit.

Sept. 4, 1957.

Mortimer A. Rosecan, St. Louis, Mo., for petitioner.

Daniel M. Friedman, Atty., Department of Justice, Washington, D. C., for respondent United States of America.

Warren E. Baker, Gen. Counsel, Federal Communications Commission, Richard A. Solomon, Asst. Gen. Counsel, Federal Communications Commission, and Daniel R. Ohlbaum, Counsel, Federal Communications Commission, Washington, D. C., for respondent Federal Communications Commission.

Latham Castle, Atty. Gen., for State of Illinois.

Lon Hocker, St. Louis, Mo., Monroe Oppenheimer, Washington, D. C., James H. Meredith, St. Louis, Mo., Stanley S. Harris, Marcus Cohn, Paul Dobin, James A. McKenna, Jr., Vernon L. Wilkinson, Andrew G. Haley and J. Roger Wollenberg, Washington, D. C., for interveners Louisiana Purchase Company et al.

PER CURIAM.

Petition for review of order of Federal Communications Commission adopted February 26, 1957, and released March 1, 1957, dismissed, on motion of respondents.

**BUILDING MATERIAL AND CONSTRUCTION, ICE AND COAL DRIVERS, WAREHOUSEMEN AND YARDMEN, LOCAL UNION NO. 659, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, AFL–CIO, et al., Appellants,**

v.

**Hugh E. SPERRY, Regional Director of the Seventeenth Region of the National Labor Relations Board, etc.**

No. 15802.

United States Court of Appeals
Eighth Circuit.

Sept. 10, 1957.

David D. Weinberg, Omaha, Neb., for appellants.

Stephen Leonard, Assoc. Gen. Counsel, National Labor Relations Board, Washington, D. C., and Thomas C. Hendrix, Acting Chief Law Officer, National Labor Relations Board, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, D.C., 149 F.Supp. 243, dismissed with prejudice, without taxation of costs in favor of either of parties in this Court, on stipulation of parties.